# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FID# 563245

USA,

v.

CLAYTON HOWARD,

Case No: **2:20-CR-00090-MCE**
***SEALED***

# SEALED

## WARRANT FOR ARREST

**TO: THE UNITED STATES MARSHAL**
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED TO ARREST:** Clayton Howard

and bring him or her forthwith to the nearest United States magistrate judge to answer a(n)

**Indictment**

charging him or her with *(brief description of offense)*

2020 JUN 19 AM 9:29
FILED
JUL 20 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIF.
BY _____ DEPUTY CLERK

Felon in Possession of Ammunition

in violation of Title **18** United States Code, Section(s) **922(g)(1)**

| | |
|---|---|
| J. Donati | Deputy Clerk |
| Name of Issuing Officer | Title of Issuing Officer |
| *[signature] Donati* | 6/18/20     Sacramento, CA |
| Signature of Issuing Officer | Date and Location |
| Bail fixed at **NO BAIL** | by **Magistrate Judge Kendall J. Newman** |

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant

7/15/20     *[signature]* DUSM
Date Received     Name and Title of Arresting Officer

7/13/20     Jranna Carrillo/DUSM
Date of Arrest     Signature of Arresting Officer